FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 03 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRABAPPLE CAPITAL GROUP LLC and ROBERT A. CHRISTY,<br><br>Defendants. | ) | **CASE NO: 1:12-CV-1346-RWS** |

**CONSENT ORDER FOR PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS CRABAPPLE CAPITAL GROUP LLC AND ROBERT A. CHRISTY**

On April 19, 2012, plaintiff U.S. Commodity Futures Trading Commission (Commission) filed a Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief against defendants Crabapple Capital Group LLC (Crabapple) and Robert A. Christy (Christy). The Commission alleges that defendants, in connection with an investment pool that traded off-exchange foreign currency (forex) contracts, misappropriated money received from pool participants; made fraudulent misrepresentations to pool participants and prospective pool participants; operated their pool in violation of Commission regulations; and made

false statements to the National Futures Association (NFA). Consequently, the Commission alleges that defendants have violated various provisions of the Commodity Exchange Act (the Act), 7 U.S.C. §§ 1 *et seq.* (2006); the Act, as amended by the Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-246, title XIII (the CFTC Reauthorization Act (CRA)), § 13102, 122 Stat. 1651 (effective June 18, 2008), 7 U.S.C. §§ 1 *et seq.* (Supp. III 2009); the Act, as amended by the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, Pub. L. No. 111-203, Title VII (the Wall Street Transparency and Accountability Act of 2010 (Dodd-Frank)), §§ 701-774, 124 Stat. 1376 (enacted July 21, 2010), to be codified at 7 U.S.C. §§ 1 *et seq.*; and Commission Regulations (Regulations), 17 C.F.R. §§ 1 *et seq.*

The Commission separately moved the Court, pursuant to Section 6c of the Act, as amended, to be codified at 7 U.S.C. §13a-1, for an *ex parte* statutory restraining order and for the entry of a preliminary injunction. On April 19, 2012, after considering the Commission's *Ex Parte* Motion for a Statutory Restraining Order, the Memorandum of Law filed in support thereof, and supporting declarations and exhibits, the Court granted the Commission's motion and entered a statutory restraining order freezing defendants' assets; ordering defendants to preserve all books, records, and other documents; and granting representatives of the Commission access to such books, records, and other documents. The Court

also set a hearing on the Commission's motion for preliminary injunction for May 1, 2012.

In consideration of the foregoing, and based on the entire record in this case, the Commission and defendants Crabapple and Christy stipulate and agree to an Order for preliminary injunction containing the terms and conditions set forth below. Defendants Crabapple and Christy enter into this Order voluntarily, and no promise or threat has been made by the Commission, or any member, officer, agent, or representative of the Commission, to induce defendants to consent to this Order.

## I.

## JURISDICTION AND VENUE

**THE PARTIES AGREE AND IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over the parties and over the subject matter of this action. Section 6c of the Act, as amended, to be codified at 7 U.S.C. § 13a-1, authorizes the Court to enter a preliminary injunction against defendants Crabapple and Christy.

2. Venue lies properly within this District pursuant to Section 6c(e) of the Act, 7 U.S.C. § 13a-1(e) (2006).

## II.

## PROHIBITIONS FROM VIOLATING THE ACT AND REGULATIONS AND FROM ENGAGING IN COMMODITY-RELATED ACTIVITIES

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

Christy; Crabapple; all corporations, limited liability companies, partnerships, or other entities owned by, controlled by (directly or indirectly), or otherwise affiliated with Christy or Crabapple, including but not limited to Christy Investment Group Ltd., Christy Group LLC, and Falcon Hedge Risk Management LLC; all agents, servants, employees, successors, assigns, or attorneys of Christy or Crabapple; and all persons insofar as they are acting in active concert or participation with Christy or Crabapple who receive actual notice of this Order by personal service or otherwise, are hereby prohibited and restrained from directly or indirectly:

1. engaging in conduct that violates Section 4b(a)(2)(A)-(C) of the Act, as amended, to be codified at 7 U.S.C. § 4b(a)(2)(A)-(C); Section 4o(1) of the Act, 7 U.S.C. § 6o(1) (2006); Section 9(a)(4) of the Act, as amended, to be codified at 7 U.S.C. § 13(a)(4); and Regulations 4.20(a) and (c), 4.41(a), and 5.2(b)(1)-(3), 17 C.F.R. §§ 4.20(a) & (c), 4.41(a), & 5.2(b)(1)-(3)(2011).

2. engaging in any activity relating to the following:

   A. trading on or subject to the rules of any registered entity (as that term is defined in Section 1a(40) of the Act, as amended, to be codified at 7 U.S.C. § 1a(40));

B. entering into any transactions involving commodity futures, options on commodity futures, commodity options (as that term is defined in Regulation 1.3(hh), 17 C.F.R. § 1.3(hh) (2011) (commodity options)), security futures products, and/or foreign currency (as described in Section 2(c)(2)(B) and 2(c)(2)(C)(i) of the Act, as amended, to be codified at 7 U.S.C. § 2(c)(2)(B) and 2(c)(2)(C)(i) (forex contracts)), for their own personal or proprietary account or for any account in which they have a direct or indirect interest;

C. having any commodity futures, options on commodity futures, commodity options, security futures products, forex contracts, and/or retail commodity transactions traded on their behalf;

D. controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any account involving commodity futures, options on commodity futures, commodity options, security futures products, forex contracts, and/or retail commodity transactions;

E. soliciting, receiving, or accepting any funds from any person for the purpose of purchasing or selling any commodity futures, options on commodity futures, commodity options, security futures products, forex contracts, and/or retail commodity transactions;

F. applying for registration or claiming exemption from registration with the Commission in any capacity, and engaging in any activity requiring such registration or exemption from registration with the Commission, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2011); and

G. acting as a principal (as that term is defined in Regulation 3.1(a), 17 C.F.R. § 3.1(a) (2011)), agent or other officer or employee of any person registered, exempted from registration or required to be registered with the Commission, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2011).

## III.

## LIST OF ENTITIES AND INDIVIDUALS ASSOCIATED WITH DEFENDANTS

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

Within five days of the date of this Order, defendants shall provide the Commission a full and complete list of all individuals, groups, organizations, and businesses (including any corporation, limited liability company, partnership, or other entity) that solicited, accepted, or received funds, securities, or property on behalf of defendants to trade commodity futures, options on commodity futures, commodity options, and/or forex contracts, including, without limitation, the names, addresses, email addresses, and telephone numbers of each individual, group, organization, business, and agent(s) of such individual, group, organization or business.

## IV.

## ACCOUNTING OF ASSETS AND TRANSFER OF FUNDS

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

Within five days of the date of this Order:

1. Defendants shall provide the Commission with a full accounting of all funds and other assets inside and outside the United States that are held by Christy, Crabapple, Christy Investment Group Ltd., Christy Group LLC, Falcon Hedge Risk Management LLC, or any other corporation, limited liability company,

partnership or other entity owned by, controlled by (directly or indirectly), or otherwise affiliated with Christy or Crabapple, for their benefit, or under their direct and indirect control, whether jointly or singly. With respect to any accounts at any financial institution held by or in the name of Christy, Crabapple, Christy Investment Group Ltd., Christy Group LLC, Falcon Hedge Risk Management LLC, or any other corporation, limited liability company, partnership or other entity owned by, controlled by (directly or indirectly), or otherwise affiliated with Christy or Crabapple, defendants shall provide the name of the financial institution, the type of account, account number, current account balance, and the names of any persons entitled to make deposits to or withdrawals from that account.

2. Defendants shall transfer to the territory of the United States all funds and other assets located outside of the United States that are held by Christy, Crabapple, Christy Investment Group Ltd., Christy Group LLC, Falcon Hedge Risk Management LLC, or any other corporation, limited liability company, partnership or other entity owned by, controlled by (directly or indirectly), or otherwise affiliated with Christy or Crabapple, for their benefit, or under their direct or indirect control, whether jointly or singly. Defendants shall promptly notify the Commission when any funds or other assets located outside of the United States are transferred to the United States, including where such funds or other assets reside within the United States.

## V.

## LIST OF ENTITIES THROUGH WHICH DEFENDANTS TRADED

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

Within five days of the date of this Order, defendants shall provide the Commission a full and complete list of all individuals, groups, organizations, and businesses (including any corporation, limited liability company, partnership, or other entity) through which defendants traded commodity futures, options on commodity futures, commodity options, and/or forex contracts, including, without limitation, the names, addresses, telephone numbers, account numbers, amounts deposited, and current account balance with respect to each individual, group, organization, business, and agent(s) of such individual, group, organization, or business.

## VI.

## LIST OF POOL PARTICIPANTS

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

Within five days of the date of this Order, defendants shall provide the Commission a full and complete list of individuals, groups, organizations, and businesses (including any corporation, limited liability company, partnership, or other entity) from whom or from which defendants, or any of the individuals, groups, organizations, or businesses identified pursuant to Section III of this Order,

solicited, accepted, or received funds, securities, or property on behalf of defendants to trade commodity futures, options on commodity futures, commodity options, and/or forex contracts, including, without limitation, the name of each pool participant; the date and amount of each contribution made by that pool participant; the date and amount of each payment made to that pool participant; and the address, email address, and telephone number of each pool participant.

## VII.

## FORCE AND EFFECT

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that:

This Order shall remain in full force and effect until further order of this Court, and this Court retains jurisdiction of this matter for all purposes. The Order Granting Plaintiff's *Ex Parte* Motion for a Statutory Restraining Order, Preliminary Injunction, and Other Equitable Relief previously ordered by the Court shall remain in full force and effect until further order of this Court.

**SO ORDERED**, at Atlanta, Ga., on the 3rd day of May 2012, at 4:30 pm.

Richard W. Story
United States District Judge

____________________________
Robert A. Christy
217 Roseville Place
Milton, GA 30004

Date: April __, 2012

____________________________
Crabapple Capital Group LLC
12600 Deerfield Parkway, Suite 100
Alpharetta, GA 30004

By: Robert A. Christy, Manager and Principal

Date: April __, 2012

____________________________
Jeffrey D. Barclay, Esq.
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312) 565-8425
jbarclay@SRCattorneys.com

*Counsel for Defendants Crabapple Capital Group LLC and Robert A. Christy*

Date: April __, 2012

/s/ Jeffrey Viscomi
Sally Quillian Yates
United States Attorney
Jeffrey Viscomi
Assistant United States Attorney
United States Attorney's Office for the
Northern District of Georgia
75 Spring St., SW
Suite 600
Atlanta GA 30303
(404) 581-6036
(404) 581-6181
Jeffrey.Viscomi@usdoj.gov
Georgia Bar No. 289074

and

/s/ Jo Mettenburg
Charles D. Marvine
Missouri Bar No. 44906
Jo Mettenburg
Kansas Bar No. 19423
Thomas L. Simek
District of Columbia Bar No. 490030
U.S. Commodity Futures Trading
Commission
Division of Enforcement
4900 Main Street, Suite 500
Kansas City, MO 64112
816-960-7743 (Marvine)
816-960-7744 (Mettenburg)
816-960-7760 (Simek)
816-960-7754 (fax)
cmarvine@cftc.gov
jmettenburg@cftc.gov
tsimek@cftc.gov

Robert A. Christy
217 Roseville Place
Milton, GA 30004

Date: April 30 2012

Crabapple Capital Group LLC
12600 Deerfield Parkway, Suite 100
Alpharetta, GA 30004

By: Robert A. Christy, Manager and Principal

Date: April 30, 2012

Jeffrey D. Barclay, Esq.
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312) 565-8425
jbarclay@SRCattorneys.com

*Counsel for Defendants Crabapple Capital Group LLC and Robert A. Christy*

Date: April 30 2012

Sally Quillian Yates
United States Attorney
Jeffrey Viscomi
Assistant United States Attorney
United States Attorney's Office for the Northern District of Georgia
75 Spring St., SW
Suite 600
Atlanta GA 30303
(404) 581-6036
(404) 581-6181
Jeffrey.Viscomi@usdoj.gov
Georgia Bar No. 289074

and

Charles D. Marvine
Missouri Bar No. 44906
Jo Mettenburg
Kansas Bar No. 19423
Thomas L. Simek
District of Columbia Bar No. 490030
U.S. Commodity Futures Trading Commission
Division of Enforcement
4900 Main Street, Suite 500
Kansas City, MO 64112
816-960-7743 (Marvine)
816-960-7744 (Mettenburg)
816-960-7760 (Simek)
816-960-7754 (fax)
cmarvine@cftc.gov
jmettenburg@cftc.gov
tsimek@cftc.gov